IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES )<br>OF AMERICA FOR AN ORDER AUTHORIZING )<br>THE INSTALLATION AND USE OF PEN )<br>REGISTERS AND TRAP AND TRACE DEVICES )<br>ON TAYLOR.STRONG1980@GMAIL.COM )<br>) | DOCKET NO.: 3:17-mc-64-MOC-DSC<br><br>**ORDER TO UNSEAL** |
| IN RE APPLICATION OF THE UNITED STATES )<br>OF AMERICA FOR AN ORDER AUTHORIZING )<br>THE INSTALLATION AND USE OF PEN )<br>REGISTERS AND TRAP AND TRACE DEVICES )<br>ON AMEERA1US@YAHOO.COM )<br>) | |
| IN RE APPLICATION OF THE UNITED STATES )<br>OF AMERICA FOR AN ORDER AUTHORIZING )<br>THE INSTALLATION AND USE OF PEN )<br>REGISTERS AND TRAP AND TRACE DEVICES )<br>ON D_RAMBERT@HOTMAIL.COM )<br>) | |
| IN RE APPLICATION OF THE UNITED STATES )<br>OF AMERICA FOR AN ORDER AUTHORIZING )<br>THE INSTALLATION AND USE OF PEN )<br>REGISTERS AND TRAP AND TRACE DEVICES )<br>AND ACQUISITION OF CELL SITE )<br>INFORMATION FOR (803) 519-7016 )<br>) | |
| IN RE APPLICATION OF THE UNITED STATES )<br>OF AMERICA FOR AN ORDER AUTHORIZING )<br>THE INSTALLATION AND USE OF PEN )<br>REGISTERS AND TRAP AND TRACE DEVICES )<br>AND ACQUISITION OF CELL SITE )<br>INFORMATION FOR (704) 453-1933 )<br>_____ ) | |

UPON MOTION of the United States of America, by and through R. ANDREW MURRAY, United States Attorney for the Western District of North Carolina, for an order to unseal all documents filed in the above-referenced matter in order to comply with its discovery obligations in *United States v. Knight*, 3:19 CR 284 RJC-DCK. The Court finds that the

necessity for keeping the above-captioned documents sealed no longer exists.

NOW, THEREFORE, IT IS ORDERED that the Clerk of Court shall unseal all documents filed in the above-captioned matter.

**SO ORDERED.**

Signed: January 10, 2020

David S. Cayer
United States Magistrate Judge